# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**CLOYD NATION**  **PLAINTIFF**
ADC #144536

v.   **CASE NO: 2:16-CV-00060 BSM**

**GRAHAM, et al.**  **DEFENDANTS**

## ORDER

The partial recommended disposition ("PRD") submitted by United States Magistrate Judge Jerome T. Kearney [Doc. No. 33] and plaintiff Cloyd Nation's objections [Doc. No. 39] have been reviewed. After reviewing the record, the PRD is adopted. Therefore, Nation's motion for a preliminary injunction [Doc. No. 27] is denied.

IT IS SO ORDERED this 22nd day of September 2016.

_____
UNITED STATES DISTRICT JUDGE