IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CLOYD NATION**                                                                                  **PLAINTIFF**
**ADC #144536**

v.                            CASE NO. 2:16-CV-00060 BSM

**GRAHAM, et al.**                                                                              **DEFENDANTS**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Jerome T. Kearney [Doc. No.61] has been reviewed. No objections have been filed. After reviewing the record, the RD is adopted.

Accordingly, the defendants' motion for summary judgment [Doc. No. 54] is granted, and plaintiff Cloyd Nation's complaint [Doc. No. 2] is dismissed without prejudice. An *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 27th day of February 2017.

_____
UNITED STATES DISTRICT JUDGE